AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Cristian Adam | ) | 6:25-mj- 1682 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 24, 2025_____ in the county of _____Orange_____ in the

_____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Albert Grooms, SA, HSI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  6/26/2025

_____
*Judge's signature*

City and state:          Orlando, Florida                David A. Baker, U.S. Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**                          **Case No. 6:25-mj-** 1682

**COUNTY OF ORANGE**

<u>**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**</u>

I, Albert Grooms, after being duly sworn, depose and state:

1.      I am a Special Agent (SA) employed with the Department of
Homeland Security (DHS), Homeland Security Investigations (HSI), and have
been so employed since June 2015. I am currently assigned to the Orlando,
Florida office of HSI, and my duties include the enforcement of federal
criminal statutes, including but not limited to Titles 8, 18, 19, 21, and 31 of the
United States Code. I am a law enforcement officer of the United States
within the meaning of 19 U.S.C. § 1401(i) and am empowered to investigate
and make arrests for violations of United States criminal laws within the
meaning of 18 U.S.C. § 2510(7). I have also received training in the
investigation of federal immigration violations.

2.      This affidavit is submitted in support of a criminal complaint
charging Cristian ADAM (a/k/a Mario Adam, Orlando Marino, Cristian
Manea, Alex Martinez, Adam Munteanu, and Cristian Munteanu) with a
violation of 8 U.S.C. § 1326(a). As set forth in more detail below, there is
probable cause to believe that on or about June 24, 2025, in Orange County,
Florida, ADAM was present in the United States illegally after being

previously deported or removed from the United States in violation of 8

U.S.C. § 1326(a).

3.    I make this affidavit from personal knowledge based on my

participation in this investigation, information from other criminal

investigators, information from law enforcement officers, information from

agency reports, and the review of documents provided to me by these

witnesses and law enforcement officers. Because this affidavit is being

submitted for the limited purpose of establishing probable cause for a criminal

complaint, I have not set forth each and every fact learned during the course of

this investigation.

## DETAILS OF THE INVESTIGATION

4.    On June 24, 2025, ADAM was encountered in Orange County,

Florida during a traffic stop by the Florida Highway Patrol (FHP) for failure

to stop at a stop sign. A review of immigration records by HSI and

Enforcement and Removal Operations (ERO) Orlando confirmed that

ADAM is a previously deported alien. He is a citizen of Romania and not a

citizen of the United States. On June 24, 2025, FHP arrested ADAM for

presenting a fradulent license. ADAM's fingerprints were taken and

electronically submitted to a DHS fingerprint database (IDENT). IDENT

electronically analyzed the set of fingerprints and found them to match

2

ADAM and his unique FBI and Alien numbers.

5.    DHS records for ADAM show that he was previously encountered on or about August 9, 2016, when he made an application for admission into the United States at the San Ysidro Port of Entry. On June 5, 2019, ADAM was first ordered removed from the United States. On February 17, 2020, ADAM was deported/removed from the United States to Romania. ADAM was found to be illegally present in the United States under an alias on July 2, 2022, and he was removed for a second time on July 3, 2022.

6.    There is no record of ADAM ever receiving the consent of the Attorney General of the United States or the U.S. Secretary of the Department of Homeland Security for permission to reapply for admission to the United States after ADAM's prior deportation/removal.

## CONCLUSION

7.    Based on the foregoing, there is probable cause to believe that on June 24, 2025, ADAM was found to be in the United States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326(a).

3

This concludes my affidavit.

_____
Albert Grooms, Special Agent
Homeland Security Investigations

Affidavit submitted by email and
attested to me as true and accurate
via video conference and/or telephone
consistent with Fed. R. Crim. P. 4.1
and 41(d)(3), before me this 26th
day of June, 2025.

_____
HON. DAVID A. BAKER
United States Magistrate Judge

4